#60764

DIVIDEND REPORT

Page No: 1

| Case No: | 09-61782-RKK |
| Case Name: | WIDDER, STEVEN RAY AND WIDDER, EDA LYNN |
| Trustee Name: | Anthony DeGirolamo |

Date Printed: 8/30/2010
Check Number: 108
Check Date: 08/30/2010

FILED 2010 SEP -1 AM 11:57

NORTHERN DISTRICT OF OHIO CANTON

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 3 | ROUNDUP FUNDING, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 981119221 | $199.51 | $0.08 |
| 5 | RECOVERY MANAGEMENT SYSTEMS CORPOR<br>For Capital Recovery III LLC<br>As Assignee of Sears - Sears Premier Car<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | $523.85 | $0.21 |

Total Check Amount: $0.29